No. 12–0285/AR.   U.S. v. Benjamin M. Ackman.   CCA 20090615.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 8, 2012.

No. 12–0286/AF.   U.S. v. Paul A. Titcombe.   CCA 37618.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 21, 2012.